WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw_@sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| MERI BERNAL, | ) | CASE NO: **EDCV20-02533-AS** |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND THREE HUNDREDSEVENTY-FOUR DOLLARS and 26/cents ($4,374.26), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: July 1, 2022 _____ / s / Sagar _____

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE